IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE#5:21-CV-234-FL
2 BB

JAMES C. JOHNSON,           )
                            )
                            )
              PLAINTIFF,    )
                            )      ORDER
v.                          )
                            )
JEAN G. NAPEAU,             )
                            )
              DEFENDANT.    )
                            )

**THIS MATTER** is before the Court on Plaintiff's Motion to Manually File Notice of Appearance.

For the reasons stated in the Plaintiff's motion,

**IT IS HEREBY OPRDERED** that Defendant's Motion to Manually File Notice of Appearance is **GRANTED**.

**IT IS SO ORDERED.**

Signed this the 27th day of July, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge